IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REY HENRIQUEZ, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | |
| v. | : | |
| | : | |
| DAVID VARANO, et al., | : | NO. 11-cv-4190 |
| | : | |
| Respondents. | : | |

**ORDER RE: PETITION FOR WRIT OF HABEAS CORPUS**

AND NOW, on this 26th day of April, 2012, upon consideration of Petitioner Rey Henriquez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), United States Magistrate Judge Jacob P. Hart's Report and Recommendation, dated September 19, 2011 (ECF No. 8), and Petitioner's Objections thereto (ECF No. 9), and for the reasons in the accompanying Memorandum, it is hereby ORDERED as follows:

1. The Report and Recommendation (ECF No. 8) is APPROVED and ADOPTED;

2. Petitioner's Objections to the Report and Recommendation (ECF No. 9) are OVERRULED;

3. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED with prejudice;

4. There is no probable cause to issue a certificate of appealability;

5. The Clerk shall mark this matter as CLOSED for statistical purposes.

BY THE COURT:

*/s/ Michael B. Baylson*
Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-4190 Henriquez v Varano\Order re 2254 Petition.wpd